UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RYECO, LLC; LANCASTER FOODS, LLC; and  :
CLASS PRODUCE GROUP, LLC,              :
         Plaintiffs,                 :
                                     :
         v.                          :   No. 5:23-cv-3380
                                     :
HURST PRODUCE & FLOWERS CORP.; and      :
MATILDE BAEZ,                           :
         Defendants.                 :

# O R D E R

**AND NOW**, this 8th day of September, 2023, upon consideration of Plaintiffs' Emergency Motion for *Ex Parte* Restraining Order, ECF Nos. 7-8; Plaintiffs' Attorney Certification Why Notice Should Not Be Required, ECF Nos. 7-8; and for the reasons set forth in the Opinion issued this date; **IT IS HEREBY ORDERED THAT**:

    1.    Plaintiffs' Emergency Motion for *Ex Parte* Restraining Order, ECF Nos. 7-8, is **GRANTED**.

    2.    Defendants, their customers, agents, employees, officers, directors, subsidiaries, related entities, assigns, and banking institutions are temporarily enjoined and restrained from alienating, dissipating, paying over or assigning any assets of Hurst, or its subsidiaries or related companies, except for payment to Plaintiffs, until further order of this Court or until Defendants pay Plaintiffs the amount of $105,949.85 by bank check or wire transfer, at which time this Order is dissolved;

    3.    Defendants may move to dissolve or modify the temporary restraints contained in this Order on two (2) days advanced notice to Plaintiffs;

4.  Bond shall be waived in view of Defendants now holding $105,949.85 worth of Plaintiffs' assets;

5.  Service of a copy of this Order and the Opinion issued this date, together with the summons and complaint, by Federal Express or other nationally recognized overnight delivery service upon the Defendants on or before September 12, 2023, shall be deemed good and sufficient service thereof;[1]

6.  A separate order will be issued scheduling a hearing on Plaintiffs' application for a preliminary injunction.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Plaintiffs are not relieved of their duty to comply with the service requirements for the Complaint as set forth in Rule 4 of the Federal Rules of Civil Procedure.